Bk 14498 Pg1 #15243
05-30-2017 @ 11:58a

When recorded return to: RMG As
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS #

Loan Number:
SPS/TS-14817

## ASSIGNMENT OF MORTGAGE

Ameriquest Mortgage Company

holder of a mortgage from
Francis P. McAvoy

to Ameriquest Mortgage Company

dated 04/26/06 recorded 5-3-2006, in the PENOBSCOT
County Registry of Deeds, Maine, Book 10413, Page 193,

assign said mortgage and the note and claim secured thereby to ___See Attached Exhibit "B"___

PROPERTY DESCRIBED AS:

"LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF"

WITNESS hand and seal on 5/17/06 ~~04/30/2006~~ .

(Ameriquest Mortgage Company Corporate Seal — Incorporated 1994 Delaware)

Ameriquest Mortgage Company
(Assignor)

By: _[signature]_

(Corporate Seal)

State of California
County of ORANGE
On 5/17/06 ~~04/30/2006~~ before me, Alba Elizabeth Keller
personally appeared Shelly C. Hays

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which is the person(s) acted, executed the instrument.

WITNESS my hand and official seal

_Alba Elizabeth Keller_ (Seal)

(Notary stamp: ALBA ELIZABETH KELLER, Commission # 1484519, Notary Public - California, Orange County, My Comm. Expires May 8, 2008)

EXHIBIT D

3

# Exhibit A - Property Description

Closing date:

Borrower(s): Francis P. McAvoy

Property
Address: 1716 Stillwater Avenue, Bangor, Maine 04401

Loan Policy Number:

Owner Policy Number: * NONE *

The land, together with any buildings thereon, situated in Bangor, County of Penobscot, State of Maine, being bounded and described as follows, to wit:

Starting at a pin set in the northwesterly sideline of Stillwater Avenue being 871.46' S 41° 6' 55" W from a granite monument, marked O-V-B, found on the northwesterly sideline of Stillwater Avenue in said Bangor, and on the town line separating the Town of Orono and the City of Bangor; thence N 43° 30; 19" W a distance of 1117.12' to a pin set; said pin being in the line dividing Lot 13 and Lot 14 as shown on the "Bussey" plan recorded in Plan Book 2, Page 4, Penobscot County Registry of Deeds; thence by and along said line between Lots 13 and 14 S 46° 42' 35" W a distance of 201.00' to a pin set; thence S 43° 32' 59" E a distance of 1136.72' to a pin set in the northwesterly sideline of Stillwater Avenue; thence by and along the northwesterly sideline of said Stillwater Avenue a distance of 201.00' to the point of beginning.

Error! AutoText entry not defined.

## EXHIBIT B

Assignee: U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7
C/O Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

Susan F. Bulay, Register
Penobscot County, Maine