AO 440 (Rev. 06/12) Summons in a Civil Action                                    Return

# UNITED STATES DISTRICT COURT
for the

District of Maine

| | |
|---|---|
| US Bank NA as trustee on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates Series AMQ 2006-<br><br>*Plaintiff(s)*<br><br>v.<br><br>John Richard McAvoy, as Personal Representative of the Estate of Francis P. McAvoy<br><br>*Defendant(s)* | Civil Action No. 1:19-cv-00040-JAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Richard McAvoy, as Personal Representative of the Estate of Francis P. McAvoy
86 Maple Lane
Kenduskeag, ME 04450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        John A. Doonan, Esq.
        Reneau J. Longoria, Esq.
        Doonan, Graves & Longoria, LLC
        100 Cummings Center, Suite 225 D
        Beverly, MA 01915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  01/23/2019

*Christa K. Berry*
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00040-JAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Richard McAvoy

was received by me on *(date)* 1/24/19.

☑ I personally served the summons on the individual at *(place)* 86 Maple Lane Kenduskeag, ME on *(date)* 1/27/19; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 21.00 for travel and $ 3.68 $1.50 for services, for a total of $ 26.18 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/27/19

*Server's signature* Joshua C Lilley

*Printed name and title* Joshua C Lilley Deputy Sheriff

*Server's address* 85 Hammond St Bangor, ME 04101

Additional information regarding attempted service, etc:

Print   Save As...   Reset