UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 1:19-cv-00040-JAW

| | |
|---|---|
| U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7 **Plaintiff** vs. **John Richard McAvoy, as Personal Representative of the Estate of Francis P. McAvoy** **Defendant** | RE: 1716 Stillwater Avenue, Bangor, ME 04401 Mortgage: April 26, 2006 Book 10413, Page 193 |

## AMENDED CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7, and the Defendant, John Richard McAvoy, Personal Representative of the Estate of Francis P. McAvoy, by and through his undersigned counsel, and hereby submits this Amended Consent Judgment of Foreclosure and Sale.

Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendant or his heirs or assigns pay U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7 ("U.S. Bank") the amount adjudged due and owing ($151,526.28) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322,

U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance: | $118,802.67 |
| Accrued Interest: | $19,848.13 |
| Escrow Advance: | $5,125.00 |
| Advance Balance: | $7,589.98 |
| Late Charges: | $94.08 |
| Interest on Advance: | $66.42 |
| **Total Due:** | **$151,526.28** |

2. If the Defendant or his heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($151,526.28) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Bangor Property shall terminate, U.S. Bank shall conduct a public sale of the Bangor Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $151,526.28 after deducting the expenses of the sale, with any surplus to the Defendant, or their heirs or assigns, in accordance with 14 M.R.S.A. § 6324.

3. U.S. Bank may not seek a deficiency judgment against the Defendant.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $151,526.28.

6. U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7 has first priority, in the amount of $151,526.28, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant, who has second priority.

8. The prejudgment interest rate is 7.12500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. § 1602-C.

9. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7 | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANT | John Richard McAvoy, Personal Representative of the Estate of Francis P. McAvoy | Thomas A. Cox, Esq. P.O. Box 1314 Portland, ME 04104 |

a) The docket number of this case is No. 1:19-cv-00040-JAW.

b) The Defendant, the only party to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 1716 Stillwater Avenue, Bangor, ME 04401, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 1716 Stillwater Avenue, Bangor, ME 04401. The Mortgage was executed by the Defendants on April 26, 2006. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 10413, Page 193.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 1716 Stillwater Avenue, Bangor, ME 04401.

| Dated:  April 4, 2019 | /s/ John A. Doonan, Esq. |
| --- | --- |
| | John A. Doonan, Esq., Bar No. 3250 |
| | Reneau J. Longoria, Esq., Bar No. 5746 |
| | Doonan, Graves & Longoria, LLC |
| | 100 Cummings Center |
| | Suite 225D |
| | Beverly, MA 01915 |

| Dated: April 4, 2019 | |
| --- | --- |
| | /s/ Thomas A. Cox, Esq. |
| | Thomas A. Cox, Esq. |
| | Attorney for John Richard McAvoy |
| | P.O. Box 1314 |
| | Portland, ME 04104 |

**SO ORDERED.**

**DATED THIS 5th DAY OF APRIL, 2019.**

       **/s/ John A. Woodcock, Jr.**
       **JOHN A. WOODCOCK, JR.**
       **U.S. DISTRICT JUDGE**

Borrower(s):   Francis P. McAvoy

Property Address:   1716 Stillwater Avenue, Bangor, Maine 04401

The land, together with any buildings thereon, situated in Bangor, County of Penobscot, State of Maine, being bounded and described as follows, to wit:

Starting at a pin set in the northwesterly sideline of Stillwater Avenue being 871.46' S 41° 6' 55" W from a granite monument, marked O-V-B, found on the northwesterly sideline of Stillwater Avenue in said Bangor, and on the town line separating the Town of Orono and the City of Bangor; thence N 43° 30; 19" W a distance of 1117.12' to a pin set; said pin being in the line dividing Lot 13 and Lot 14 as shown on the "Bussey" plan recorded in Plan Book 2, Page 4, Penobscot County Registry of Deeds; thence by and along said line between Lots 13 and 14 S 46° 42' 35" W a distance of 201.00' to a pin set; thence S 43° 32' 59" E a distance of 1136.72' to a pin set in the northwesterly sideline of Stillwater Avenue; thence by and along the northwesterly sideline of said Stillwater Avenue a distance of 201.00' to the point of beginning.



EXHIBIT A